[No. 17964.  *En Banc.*  January 3, 1924.]

STEPHEN E. CHAFFEE, *Appellant*, v. ROBERT KOOISTRA *et al.*,
*Respondents.*[1]

Appeal from a judgment of the superior court for King county, Smith, J., entered February 28, 1923, upon findings in favor of the defendants, in an action on contract, tried to the court.  Affirmed.

*R. John Lichty* and *Stephen E. Chaffee*, for appellant.

*Jesse Simmons* and *Wm. Sheller*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein and reported in 126 Wash. 698, 216 Pac. 1119, and the judgment is therefore affirmed.

---

[No. 17655.  *En Banc.*  February 16, 1924.]

THE STATE OF WASHINGTON, *on the Relation of John M. Davis, Appellant*, v. THE CITY OF SEATTLE *et al.*, *Respondents.*[2]

Appeal from a judgment of the superior court for King county, Ronald, J., entered April 4, 1922, upon findings in favor of the defendant, dismissing a mandamus proceeding to compel a city to reinstate a discharged civil service employee, tried to the court.  Affirmed.

*George L. Spirk* and *Edward C. Kriete*, for appellant.

*Walter F. Meier* and *Frank M. Preston*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the opinion heretofore filed herein and reported in 125 Wash. 660, 216 Pac. 858, and the judgment is therefore affirmed.

[1] Reported in 221 Pac. 622.

[2] Reported in 222 Pac. 901.